Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC )
)
    Plaintiff,    vs. )    Case No.: 2:10-CV-08630-WDK-FMO
)
FRANCISCO TORRES LOPEZ, et al, )    **RENEWAL OF JUDGMENT**
)
    Defendant, )
)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Francisco Torres Lopez, an individual d/b/a El Sesteo Mariscos, entered on August 25, 2011, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 3,830.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | **Subtotal *(add a and b)*** | $ | **3,830.00** |
| d. | Credits | $ | 00.00 |
| e. | **Subtotal *(subtract d from c)*** | $ | **3,830.00** |
| f. | Interest after judgment(.11%) | $ | 41.69 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** | $ | **3,871.69** |

Dated: __July 16, 2021__    CLERK, by Deputy _/s/ Sharon Hall Brown_
                                                        Kiry A. Gray
                                                        Clerk of U.S. District Court